# UNITED STATES DISTRICT COURT
(Local Form 3/06 lrh)

Northeastern Division–District of North Dakota

## ORDER OF DETENTION PENDING SENTENCING

United States of America vs. Fabian Whiteshield  Case No. 2:07-cr-34

Defendant is charged with violating conditions of an Amended Order Setting Conditions of Release.  The violation charged is use of alcohol on or about June 25, 2007.  The government moved for revocation of release, requesting that Fabian Whiteshield be held in custody pending sentencing.  Mr. Whiteshield entered a guilty plea to a misdemeanor charge on May 1, 2007, and sentencing is scheduled for July 17, 2007.

> Defendant, on advice of counsel, does not contest the government's motion for detention pending sentencing.  The government's motion for detention pending sentencing is therefore granted.

Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility.  Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated this 29th day of June, 2007.

*/s/ Alice R. Senechal*
Alice R. Senechal
U.S. Magistrate Judge