IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | File No. 2:07-cr-34 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Fabian Whiteshield, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The motion of Defendant, Fabian Whiteshield, to continue the sentencing now scheduled for July 17, 2007, is GRANTED.

Dated this 13th day of July, 2007.

*/s/ Alice R. Senechal*
Alice R. Senechal
United States Magistrate Judge