UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER |
| V. | ) | |
| | ) | CASE NO. 2:07-cr-34 |
| FABIAN WHITESHIELD | ) | |

It is ordered that the U.S. Marshal's Service shall transport Fabian Whiteshield to Centre, Inc., in Bismarck, North Dakota, at its earliest convenience. Fabian Whiteshield shall remain in custody of the U.S. Marshal until he is transported to Centre, Inc., in Bismarck, North Dakota.

Dated this 10th day of September, 2007.

/s/ Alice R. Senechal
Alice R. Senechal
U.S. Magistrate Judge