# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### NORTHEASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | File No. 2:07-cr-34 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Fabian Whiteshield, | ) | ORDER AMENDING JUDGMENT |
| | ) | |
| Defendant. | ) | |

On September 5, 2007, this Court entered a Judgment, imposing a term of probation of three years, with standard and special conditions of probation.

It has come to the Court's attention that the judgment does not include a specific prohibition on use of alcohol, and does not include a specific requirement for periodic drug and alcohol testing. Because of the defendant's current age, any use of alcohol would be illegal, and so prohibited under standard conditions of probation.

In order that there be no question about the propriety of defendant using alcohol, the September 5th Judgment is amended, pursuant to Fed. R. Crim. Pro. 36, to include the following additional special condition:

> The defendant shall refrain from any use of alcohol and shall submit to drug and alcohol screening to verify compliance as directed by the Probation Officer.

Dated this 12th day of September, 2007.

*/s/ Alice R. Senechal*
Alice R. Senechal
United States Magistrate Judge