IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | File No. 2:07-cr-34 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Fabian Whiteshield, | ) | ORDER MODIFYING |
| | ) | CONDITIONS OF PROBATION |
| Defendant. | ) | |

On November 29, 2007, this Court conducted a hearing to consider an August 23, 2007 petition which alleges Fabian Whiteshield violated conditions of his probation. At the hearing, Mr. Whiteshield admitted to the violations charged in the petition. This Court continued his probation, with modification. The September 5, 2007 Judgment is therefore amended to add the following special condition:

> The defendant shall reside at North Central Correctional & Rehabilitation Center, Rugby, North Dakota, for up to 90 days, and shall comply with all rules and regulations of that facility. While residing at NCCRC, he shall complete intensive substance abuse treatment. He shall also participate in any mental health, cognitive, or vocational testing which may be arranged by the supervising probation officer.

At the completion of the NCCRC placement, at the discretion of the supervising probation officer, he shall continue in a halfway house placement pursuant to Special Condition 4 of the September 4, 2007 Judgment.

The United States Marshal shall transport Mr. Whiteshield to NCCRC at its earliest convenience, and he shall remain in custody pending transport.

Dated this 29th day of November, 2007.

*/s/ Alice R. Senechal*
Alice R. Senechal, U.S. Magistrate Judge